**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JESUS MANUEL GUTIERREZ-NEYOY, AKA Jesus Manuel Guitierrez-Neyoy, Petitioner, v. LORETTA E. LYNCH, Attorney General, Respondent. | No. 13-72979 Agency No. A205-578-246 MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 26, 2016[**]

Before:     SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

Jesus Manuel Gutierrez-Neyoy, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's decision pretermitting his applications for

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

cancellation of removal and voluntary departure.  We have jurisdiction under 8 U.S.C. § 1252.  We review de novo questions of law, *Leal v. Holder*, 771 F.3d 1140, 1144 (9th Cir. 2014), and deny the petition for review.

Gutierrez-Neyoy's contention that his conviction for felony endangerment under Arizona Revised Statutes § 13-1201(A) is not categorically a crime involving moral turpitude is foreclosed by our decision in *Leal v. Holder*.  *Id.* at 1146 (felony endangerment in Arizona is a crime involving moral turpitude). Accordingly, the BIA did not err in determining that Gutierrez-Neyoy is statutorily ineligible for cancellation of removal and voluntary departure.  *See* 8 U.S.C. §§ 1101(f)(3), 1229b(b)(1)(B), 1229c(b)(1)(B).

**PETITION FOR REVIEW DENIED.**